UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

June 26, 2003

Myles F. Friedman, Esq.
Marshall V. Grier, Esq.
Steven R. Migdal, Esq.

    Re: Hoeppner, et al. v. Morton, et al.
        Civil action No. WMN-03-09

Dear Counsel:

I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff for Wednesday, July 9, 2003, at 9:45 a.m.

At that time, I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

                Very truly yours,

                /s/

                William M. Nickerson
                Senior United States District Judge

WMN:ce

cc: Court File